# IN THE SUPREME COURT OF THE STATE OF NEVADA

CLARK COUNTY SCHOOL DISTRICT;
AND RONNIE GUERZON, IN HIS
OFFICIAL CAPACITY,

                Appellants,

vs.

GABRIEL URENO; GERAD DAVIS;
AND BIJO'N PERRY,

                Respondents.

No. 78749

**FILED**

SEP 18 2019



ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

After the settlement judge reported that the parties had agreed to a settlement, this court entered an order directing appellants to file a stipulation or motion to dismiss this appeal or otherwise inform this court of the status of this appeal within 60 days. To date, appellants has not responded to our order or otherwise communicated with this court. Accordingly, cause appearing, we dismiss this appeal as abandoned.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. James Crockett, District Judge
       Ara H. Shirinian, Settlement Judge
       Clark County School District Office of The General Counsel
       Ganz & Hauf/Las Vegas
       Arin & Associates, PC
       Eighth District Court Clerk

19-38920